427 A.2d 244

Commonwealth v. Strickland.

Submitted March 21, 1980. Robert L. Steinberg, Assistant District Attorney, for Commonwealth, appellant; Richard J. Makoul, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

The order of the court of common pleas is affirmed.